[Rev. 6/2005]

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    Thomas R. Koscielski and
    Mary K. Fernaays

Case No. 18-20115

Chapter 7

Debtor(s)

## CERTIFICATE OF SERVICE

I  Elizabeth Pierce  certify that on, 03/15/2018, I served true and correct copies of  Motion for Relief from Stay  on the following parties in the manner specified for each party below:

| Name and Address of Party | Method of Service |
|---|---|
| 1. Thomas R. Koscielski<br>Mary K. Fernaays<br>33 Authors Avenue<br>Henrietta, NY 14467 | U.S. First Class Mail |
| 2. Michael A. Furlano, Esq.<br>1 West Main Street, Suite 800<br>Rochester, NY 14614 | Electronic Filing<br>U.S. First Class Mail |
| 3. Kenneth W. Gordon, Esq.<br>1039 Monroe Avenue<br>Rochester, NY 14620 | Electronic Filing<br>U.S. First Class Mail |
| 4. | |
| 5. Office of the US Trustee<br>100 State Street<br>Room 6090<br>Rochester, NY 14614 | Electronic Filing<br>U.S. First Class Mail |

Dated: March 15, 2018

/s/ Elizabeth Pierce